# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
07/20/2017
Clerk, U.S. District Court
Western District of Texas

by: D. Muniz
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:17-M -01069(1) |
| | § |
| (1) Juan Manuel Sanchez | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Juan Manuel Sanchez, was presented by counsel, Louis Wayne Correa.

The defendant pled guilty to the complaint on July 20, 2017. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | July 18, 2017 |

As pronounced on July 20, 2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the **20th day of July, 2017.**

DAVID COUNTS
U.S. MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| USA §<br>§<br>vs. §<br>(1) Juan Manuel Sanchez §<br>*Defendant* § | Case Number:   PE:17-M -01069(1) |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On July 20, 2017, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID COUNTS. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted; and,

5) The right to consideration of bail.

**Attorney**
( X )   Duty Pub. Defender-Pecos,   FPD

**Bond**
( X )   No Bond Set.

**OTHER**
( X )   WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
        SENTENCE:   **TIME SERVED**   FINE: **NO**   S/A: **REMITTED**

(  )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
       SENTENCED to:   **ONE (1) YEAR PROBATION**, FINE: **NO**  S/A: **REMITTED**

(  )   WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
       SENTENCED to: ____ DAYS, FINE: **NO**   S/A $____   or   _X_ S/A Remitted

(  )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**     Interpreter:Spanish             Record FTR Gold -
**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier. Native Language is : _____

Time:  1:55 p.m.          00 minutes         Arrested:   07/18/2017  in Presidio County

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
07/20/2017
Clerk, U.S. District Court
Western District of Texas

by: D.MUNIZ
Deputy

USA

vs.

(1) Juan Manuel Sanchez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:17-M -01069(1) -
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 18, 2017** in **Presidio** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The Defendant was arrested on July 18, 2017, in the Western District of Texas by Presidio Border Patrol Agents. The Defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about July 18, 2017, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rocha, Michelle
Border Patrol Agent

July 20, 2017                                              at   PECOS, Texas
Date                                                            City and State

DAVID COUNTS
U.S. MAGISTRATE JUDGE                                      Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) Juan Manuel Sanchez

FACTS   (CONTINUED)

Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Guatemala.


IMMIGRATION HISTORY:
SANCHEZ, Juan Manuel has no prior IMMIGRATION HISTORY.

CRIMINAL HISTORY:
SANCHEZ, Juan Manuel has no known CRIMINAL HISTORY.